UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAREDAKIS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BRENTWOOD UNION SCHOOL DISTRICT, et al.,<br><br>        Defendants. | Case No.  14-cv-04799-PJH   (DMR)<br><br>**ORDER VACATING HEARING PURSUANT TO CIVIL LOCAL RULE 7-1(B); ORDER FOR SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 56 |

The parties have filed a joint discovery letter. [Docket No. 56.] The court finds that the dispute is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the hearing previously-scheduled for April 23, 2015 is hereby **vacated.**

In addition, by **12:00 p.m. on April 21, 2015**, each party shall file supplemental briefing of no more than one page regarding whether and why the party contends the academic and special education records of the minor Plaintiffs should be categorically designated as "Confidential."

**IT IS SO ORDERED.**

Dated: April 20, 2015

_____
Donna M. Ryu
United States Magistrate Judge