LAW OFFICES OF

# HINTON ALFERT & KAHN LLP

PETER W. ALFERT
KAREN H. KAHN
MARK T. BALLER

PETER J. HINTON
OF COUNSEL

200 PRINGLE AVENUE, SUITE 450
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE (925) 279-3009
FACSIMILE (925) 279-3342

www.hintonalfert.com

October 20, 2015

Magistrate Judge
Laurel Beeler
United States District Court
San Francisco Courthouse
Courtroom C - 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

      Re:    **Michael Garedakis, et al., v. Brentwood Union School District, et al.,
            USDC 14-CV-04799-PJH**

            **Request By Plaintiffs Michael Garedakis And Tamara Garedakis For
            Approval to Appear At Settlement Conference Telephonically**

Your Honor,

      In connection with the upcoming Settlement Conference in this matter which is set before you Tuesday, October 27, 2015 at 10:00 a.m., plaintiffs request permission that plaintiffs Michael and Tamara Garedakis who reside out of state in Gardnerville, Nevada be allowed to attend and participate in the settlement conference telephonically. In addition to the fact that the Garedakis family resides out of the state, they are also the sole caregivers for their three children aged 11, 10 and 2 years old, one of whom is special needs.

      Plaintiffs Michael and Tamara Garedakis will be available for the duration of the conference. Thank you for considering this request.

                                  Very truly yours,

                                  HINTON ALFERT & KAHN LLP

                                  PETER W. ALFERT

cc:    Claudia Leed, Esq.
        Todd Boley, Esq.
        Mark Davis, Esq.

```
Dated: October 21, 2015
The court can not see how to
conduct a settlement conference
without parties.  Parties settle
cases, not lawyers.
```

**DENIED**
Judge Laurel Beeler