UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GAREDAKIS, et al.,

        Plaintiffs,

    v.

BRENTWOOD UNION SCHOOL
DISTRICT, et al.,

        Defendants.

Case No.  14-cv-04799-PJH   (DMR)

**ORDER REGARDING DISCOVERY
LETTERS**

Re: Dkt. Nos. 83, 107, 108, 112

The court has previously determined that Plaintiffs may properly seek the contact information for families of students enrolled in Ms. Holder's classroom from January 2005-2012, as well as any families that complained about Ms. Holder during her employment with BUSD. Docket No. 98.  The court ordered that BUSD send a new notice to these families that supersedes the notice that BUSD sent prior to the court's ruling.  *Id.*  The parties were ordered to meet and confer and to submit a proposed amended notice consistent with the court's ruling by October 22, 2015 for the court's review and approval.  *Id.*

The parties were unable to agree on a notice, and submitted multiple competing versions on October 26, 2015.  Docket Nos. 107: Exhibits A, 107 Exhibit B, 108-1, and 108-2.  The court instructed the parties to jointly file a document that clearly indicated the disputed language between the competing versions of the letter.  Docket No. 109.  In response, and without permission, Defendants submitted yet another new proposal that was a substantial departure from language to which it had already agreed.  See Docket Nos. 107: Exhibit A and 112-1.  The court will not consider Defendant's latest proposed letter.

The court attaches the final approved version of the letter.  Within five business days of this order, Defendants shall send it out to the parents of students who were in Ms. Holder's

classroom from 2005-2012, and to any parents who complained about Ms. Holder during her employment with BUSD.

   **IT IS SO ORDERED.**

Dated: November 2, 2015



_____
                    Donna M. Ryu
              United States Magistrate Judge

United States District Court
Northern District of California

United States District Court
Northern District of California

1    Re: Garedakis v. Brentwood School District, Case No. 3:14-CV-04799 PJH

2    Dear Parent:

3

4         Please be advised that the law firm of Stubbs and Leone represents the Brentwood Union
     School District ("BUSD") in the above civil lawsuit pending in the United States District Court for
5    the Northern District of California.  You may have previously received a letter from us regarding
     this case.  The Court has directed us to send you an additional letter containing the following
6    information:

7         The lawsuit was filed by MICHAEL GAREDAKIS, TAMARA GAREDAKIS, and M.G.,
     a minor by and through his guardian ad litem MICHAEL GAREDAKIS, YOLANDA JACKSON,
8    and A.G., a minor by and through her guardian ad litem YOLANDA, LAWRENCE GULLO,
     DANIELLE GULLO, and B.G., a minor by and through his guardian ad litem DANIELLE
9    GULLO, KATHRYN MAGUIRE, and M.R., a minor by and through his guardian ad litem
     KATHYRN MAGUIRE, VIVIANA ROSE, and B.R., a minor by and through his guardian ad
10   litem VIVIANA ROSE, AHMAD RAZAQI, DANIA RAZAQI  and E.R., a minor by and through
     his guardian ad litem DANIA RAZAQI alleging that the minor plaintiffs were enrolled in the
11   BUSD and were students of a teacher named Dina Holder at various times during the period 2008
     to 2012. They contend that the students were subjected to verbal and physical abuse during that
12   time period.  The District has denied these allegations.  The plaintiffs are represented by Peter
     Alfert of Hinton, Alfert and Kahn in Walnut Creek, California and Todd Boley of the Law Offices
13   of Todd Boley in Alameda, California.

14

15        Plaintiffs have requested that BUSD provide the names and addresses of parents of
     children in Dina Holder's classroom during the time she was employed by BUSD.  Plaintiffs seek
16   this information because they believe that parents of other children are likely to have information
     about the conditions in the classroom, Ms. Holder's conduct toward children and complaints to
17   administration regarding Ms. Holder.  BUSD has been ordered by the Court to provide your
     contact information, and to give you an opportunity to object to it being provided.
18

19        The contact information after it is released will be treated as confidential under a protective
     order signed by Judge Phyllis J. Hamilton.  The protective order provides that the information may
20   only be used only for the purpose of the litigation.  The information can only be released to the
     parties and their attorneys.  The contact information may not be released to any other party or for
21   any other purpose.  The plaintiffs are required to return the contact information to BUSD's
     attorneys at the conclusion of the case and to destroy any copies. The protective order is attached.
22

23        BUSD is not releasing any other information in your student's files other than your contact
     information.  If you are contacted by counsel for either side, you are not required to provide any
24   information or to even speak to them.

25

26        If you object to the release of your personal contact information, please contact United
     States Magistrate Judge Donna M. Ryu in writing at Oakland Courthouse, Courtroom 4 - 3rd
27   Floor, 1301 Clay Street, Oakland, CA 94612 by using the enclosed form and stamped envelope.
     Please return this form within 30 days of this letter if you are objecting to the release of this
28   personal information.  Use the form to explain the reasons for your objection.  Judge Ryu will

3

1    review your objection and will decide whether your information should be released.

2

3    Very truly yours,

4    Louis A. Leone Esq.

United States District Court
Northern District of California

**OBJECTION TO DISCLOSURE OF CONFIDENTIAL CONTACT INFORMATION**

Dear Magistrate Judge Ryu:

I, _____, am the mother/father/legal guardian of the special needs student referenced in this letter.  I have read and understand the letter that I received from the attorneys for the Brentwood Union School District regarding the release of my family's contact information, and I hereby object to the release of that information.  I do not want this information released for the following reasons:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated: _____          _____
                                                      Parent/Legal Guardian

United States District Court
Northern District of California

5