UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GAREDAKIS, et al.,

    Plaintiffs,

    v.

BRENTWOOD UNION SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 14-cv-4799-PJH

**ORDER**

The court has reviewed the parties' request to modify the discovery deadlines previously set at the June 18, 2015 initial case management conference. It is not clear to the court that if the discovery dates are changed as requested, the parties will be able to file dispositive motions by the April 6, 2016 deadline (for hearing on May 11, 2016) or that they will be able to file their pretrial papers as scheduled. Moreover, the court will not change the dates for the dispositive motions, the pretrial conference, or the trial.

The request to change the discovery dates is DENIED. However, the parties are free to come to any arrangement they wish among themselves with regard to deadlines for fact and expert discovery.

**IT IS SO ORDERED.**

Dated: November 10, 2015

_____

PHYLLIS J. HAMILTON  
United States District Judge