UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GAREDAKIS, et al.,

    Plaintiffs,

v.

BRENTWOOD UNION SCHOOL DISTRICT, et al.,

    Defendants.

Case No.  14-cv-04799-PJH   (DMR)

**ORDER REGARDING DISCOVERY LETTERS**

Re: Dkt. Nos. 115, 124

The court has reviewed the parties' joint discovery letters dated October 30, 2015 [Docket No. 115] and November 13, 2015. [Docket No. 124.]  In the first letter, Plaintiffs move for a protective order limiting the depositions of the minor Plaintiffs to one hour, and Defendants propose a four-hour time limit.   In the second letter, Plaintiffs move to quash a subpoena served on Plaintiff's consulting expert, Dr. Lynn Ponton.  Defendants had served the subpoena because Dr. Ponton had submitted a declaration in support of the one-hour deposition limit sought by the minor Plaintiffs.

Having considered the parties' arguments, the court rules as follows:

The minor plaintiffs may be deposed for two hours (breaks not included).  The depositions shall be subject to the other limitations already agreed upon by the parties. [Docket No. 115 at 1-2.]  The two-hour limit is subject to extension by the court upon a specific showing of good cause.

In reaching this ruling the court does not rely upon the declaration of Dr. Ponton.  As such, it appears that the dispute regarding the subpoena of Dr. Ponton's records is moot.

**IT IS SO ORDERED.**

Dated: November 19, 2015

Donna M. Ryu
United States Magistrate Judge