UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAREDAKIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRENTWOOD UNION SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No.  14-cv-04799-PJH   (DMR) <br><br> **ORDER REQUIRING PLAINTIFFS TO FILE LETTER RE DISCOVERY OF PARENTAL CONTACT INFORMATION** <br><br> Re: Dkt. No. 127 |

On October 15, 2015, the court held a hearing on the parties' dispute regarding Plaintiffs' discovery of contact information for families whose children were enrolled in Ms. Holder's classroom. Docket No. 98. At the hearing, Plaintiffs' counsel represented to the court that if a family did not want to talk to the Plaintiffs, Plaintiffs would not take any steps to contact that family. The court ordered BUSD to send a new notice regarding the disclosure of contact information to families that had been in Ms. Holder's classroom from 2005-2012, as well as any families that complained about Ms. Holder during her employment with BUSD. *Id.* This notice provided parents or guardians an opportunity to object to disclosure of their contact information by sending a letter stating the reason for the objection to the undersigned within thirty days of receipt of the notice. Docket 116 at 5.

The court has received three objections to date. The court orders Plaintiffs to file a letter by November 30, 2015 stating whether they intend to pursue disclosure of the contact information for families that have objected.

 IT IS SO ORDERED.

Dated: November 25, 2015

_____
Donna M. Ryu
United States Magistrate Judge