| | |
|---|---|
| PETER W. ALFERT, ESQ. (SBN 83139) **HINTON ALFERT & KAHN LLP** 200 Pringle Ave., Suite 450 Walnut Creek, CA  94596 Telephone :  (925) 279-3009 Facsimile : (925) 279-3009 palfert@hintonalfert.com  Attorneys for PLAINTIFFS | TODD BOLEY, ESQ. (SBN 68119) ZOYA YARNYKH, ESQ. (SBN 258062) **LAW OFFICE OF TODD BOLEY** 1212 Broadway, 16th Floor Oakland, CA 94612 Telephone: (510) 836-4500 Facsimile: (510) 649-5170 boley@boleylaw.com  Attorneys for PLAINTIFFS |

UNITED SATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAREDAKIS, TAMARA GAREDAKIS, and M.G., a minor by and through his guardian ad litem MICHAEL GAREDAKIS, YOLANDA JACKSON, and A.G., a minor by and through her guardian ad litem YOLANDA, LAWRENCE GULLO, DANIELLE GULLO, and B.G., a minor by and through his guardian ad litem DANIELLE GULLO, KATHRYN MAGUIRE, and M.R., a minor by and through his guardian ad litem KATHYRN MAGUIRE, VIVIANA ROSE, and B.R., a minor by and through his guardian ad litem VIVIANA ROSE, AHMAD RAZAQI,  DANIA RAZAQI  and E.R., a minor by and through his guardian ad litem DANIA RAZAQI  Plaintiffs,  vs.  BRENTWOOD UNION SCHOOL DISTRICT, DINA HOLDER, LAURI JAMES, BRIAN JONES, MARGARET KRUSE, JEAN ANTHONY, MARGO OLSON, MERRILL GRANT and  DOES 1 through 30,  Defendants. | **Case No.:   4:14-cv-04799-PJH**  **STIPULATION OF DISMISSAL** |

1   IT IS HEREBY STIPULATED between Plaintiff KATHRYN MAGUIRE and
Defendants, through their counsel of record, that the above-referenced action should be
dismissed with prejudice as to KATHRYN MAGUIRE pursuant to FRCP 41(a)(1)(A)(ii). The
parties further stipulate that each party shall bear its own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

DATED:  December 22, 2015                **LAW OFFICES OF TODD BOLEY**

By: _____/s/_____
TODD BOLEY, Attorney for Plaintiffs

DATED:  December 22, 2015                **STUBBS & LEONE**

By: _____/s/_____
CLAUDIA LEED, Attorney for
BRENTWOOD UNION SCHOOL
DISTRICT, LAURI JAMES, BRIAN
JONES, MARGARET KRUSE, JEAN
ANTHONY, MARGO OLSON, MERRILL
GRANT

DATED: December 22, 2015                 **DAVIS & YOUNG**

By: _____/s/_____
ERIC BENGTSON, Attorney for DINA
HOLDER

IT IS SO ORDERED.
Date: Decmber 23, 2015

Hon. Phyllis J. Hamilton
U.S. DISTRICT JUDGE

_____
STIPULATION OF DISMISSAL                                          14-cv-04799 PJH

1