UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GAREDAKIS, et al.,

        Plaintiffs,

    v.

BRENTWOOD UNION SCHOOL
DISTRICT, et al.,

        Defendants.

Case No.  14-cv-4799-PJH

**ORDER DENYING MOTION FOR
JUDGMENT ON THE PLEADINGS**

The Brentwood Union School District defendants' motion for judgment on the pleadings as to the third cause of action in the third amended complaint came on for hearing before this court on January 20, 2016.  Plaintiffs appeared by their counsel Zora Yarnykh and Peter Alfert, and defendants appeared by their counsel Christopher Vincent. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, the court hereby DENIES the motion for the reasons stated at the hearing.  The court finds that the third cause of action adequately states a claim, and that the issues raised by defendants can be resolved only if they are presented through a motion for summary judgment with an evidentiary record.

**IT IS SO ORDERED.**

Dated:  January 21, 2016

_____

PHYLLIS J. HAMILTON
United States District Judge