UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GAREDAKIS, et al.,

    Plaintiffs,

    v.

BRENTWOOD UNION SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 14-cv-4799-PJH

**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION IN PART AND DENYING IT IN PART**

Before the court is defendants' motion requesting an "informal telephone conference" and an extension of page limits for their upcoming motion for summary judgment. The request for an additional 50 pages for the opening brief and the opposition brief is DENIED. The court will permit an additional ten pages for the opening brief and the opposition brief, and an additional five pages for the reply brief. The request for an additional two weeks to oppose the motion is DENIED.

The motion will be filed in accordance with the Civil Local Rules of this court and the case management and pretrial order. To the extent the parties anticipate that the court will be able to issue an order on the summary judgment motion by April 20, 2016, the court reminds the parties that it normally requires 30-60 days following a hearing on a dispositive motion to issue an order. That is the reason that the court sets the deadline for hearing dispositive motions four months from the date set for the trial.

The court finds it unnecessary to conduct a telephone conference on this matter.

**IT IS SO ORDERED.**

Dated: February 25, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge