UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GAREDAKIS, et al.,

    Plaintiffs,

    v.

BRENTWOOD UNION SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 14-cv-4799-PJH

**ORDER**

Four weeks ago, on April 29, 2016, the court issued an order granting in part and denying in part plaintiffs' motion to file documents under seal (Doc. 217). The court granted the motion to seal with regard to four exhibits to the Declaration of Todd Boley, and as to any portion of plaintiffs' opposition to defendants' motion for summary judgment that referenced those four exhibits, and denied the motion as to the remaining exhibits and remaining portions of plaintiffs' opposition brief, which the court directed "shall be filed in the public record."

To date, plaintiffs have failed to comply with the order to file those documents in the public record. No later than June 3, 2016, plaintiffs shall comply with the court's order.

**IT IS SO ORDERED.**

Dated: May 27, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge