UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GAREDAKIS, et al.,

    Plaintiffs,

    v.

BRENTWOOD UNION SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 14-cv-4799-PJH

**ORDER**

On April 29, 2016, the court issued an order (Doc. 217) granting in part and denying in part plaintiffs' motion to file under seal certain exhibits to the Declaration of Todd Boley in support of plaintiffs' opposition to defendants' motion for summary judgment, and motion to file a redacted version of plaintiffs' opposition brief.

The court granted the motion as to Exhibits 17, 18, 19, and 39, and denied the motion as to Exhibits 1-9, 11, 12, 16, 20-24, 27, 28, 30-36, 51, and 57. The court ordered that the exhibits that the court had determined were not sealable be filed in the public record, along with a copy of plaintiffs' opposition brief that included redactions only of material relating to the four exhibits that the court had determined could be filed under seal.

On May 27, 2016, the court issued an order (Doc. 234), noting that plaintiff had not yet complied with the April 29, 2016 order, and directing plaintiff to file the exhibits and modified redacted opposition brief in the public record no later than June 3, 2016.

Plaintiff has yet to comply with the court's order. The court will allow plaintiff one additional week to comply. If the above-listed documents are not filed in the public record

by July 8, 2016, the court will strike the exhibits and the current version of the redacted opposition brief from the record, and plaintiffs will not be permitted to cite to any of them in any subsequent appeal from the court's April 29, 2016 order (Doc. 218) granting defendants' motion for summary judgment.

**IT IS SO ORDERED.**

Dated: July 1, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge