UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAREDAKIS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRENTWOOD UNION SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 14-cv-4799-PJH<br><br>**ORDER RE PROCESS FOR TAXATION OF COSTS** |

    The court is in receipt of defendants' administrative motion regarding defendants' bill of costs and plaintiffs' objections to the bill of costs.

    Judgment in favor of defendants in this case was entered on July 18, 2016. The Brentwood Union defendants submitted a bill of costs on July 19, 2016. Defendant Dina Holder submitted bill of costs on July 25, 2016. On July 29, 2016 plaintiffs filed a notice of appeal to the Ninth Circuit, from the judgment entered on July 18, 2016. On August 2, 2016, plaintiffs filed objections to the bill of costs, pursuant to Civil Local Rule 54-2. Plaintiffs object to the amount of the costs, and also assert that they should not have to pay any costs because of their limited financial resources.

    On August 8, 2016, defendants filed the present administrative motion seeking an order awarding costs they claim the parties previously agreed upon, or in the alternative, an order requiring the parties to meet and confer in person regarding the amount of the costs. They also request the court to set a briefing schedule regarding plaintiff's claims that they are financially unable to pay the costs, and "if necessary" to conduct a "full evidentiary hearing on this issue."

1    This court follows an orderly process in connection with taxation of costs under
2 Local Rule 54.  First, the prevailing party submits the cost bill.  Civ. L.R. 54-1.  Within 14
3 days after service by a party of its bill of costs, the party against whom costs are claimed
4 may file specific objections to any item of cost contained in the bill, setting forth the
5 grounds of each objection.  Civ. L.R. 54-2.  If requested by the clerk, the party or parties
6 shall provide further affidavits and documentation.  Civ. L.R. 54-4(a).  The clerk then
7 taxes the costs after considering any objections filed pursuant to Rule 54-4(b).

8    Once the clerk has completed that process, any party may move for review of the
9 clerk's action, pursuant to Federal Rule of Civil Procedure 54(d)(1).  The opposing party
10 may file an opposition, no later than 14 days following the filing of the motion.  The
11 moving party may file a reply to the opposition, no later than 7 days thereafter.  The court
12 will rule on the papers.  There will be no hearing.  The administrative motion is DENIED.

**IT IS SO ORDERED.**

Dated:  August 8, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge