LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
2175 North California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:  (925) 974-8600
Facsimile:   (925) 974-8601
Email: leone@leonealberts.com
         cleed@leonealberts.com
         sgordon@leonealberts.com

Attorneys for Defendants
BRENTWOOD UNION SCHOOL DISTRICT, LAURI JAMES, BRIAN JONES, JEAN ANTHONY, MARGO OLSON, MARGARET KRUSE, and MERRILL GRANT

MARK E. DAVIS, ESQ. (SBN: 079936)
ERIC J. BENGTSON, ESQ.  (SBN: 254167)
**DAVIS & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA  95126
Telephone:  (408) 244-2166
Facsimile:   (408) 244-7815
E-mail: mdavis@davisyounglaw.com
         ebengtson@davisyounglaw.com

Attorneys for Defendant, DINA HOLDER
TODD BOLEY, ESQ. (SBN: 068119)
**LAW OFFICE OF TODD BOLEY**
2381 Mariner Square Drive, Suite 280
Alameda, CA 94501
Telephone:  (510) 836-4500
Facsimile:   (510) 649-5170
E-Mail:  boley@boleylaw.com

PETER W. ALFERT, ESQ. (SBN: 083139)
IAN A. HANSEN, ESQ. (SBN: 255449)
**LAW OFFICES OF PETER ALFERT**
909 Marina Village Parkway, #199
Alameda, CA 94501

Telephone: (925) 279-3009
Facsimile: (925) 279-3342
E-Mail: peter@alfertlaw.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAREDAKIS, TAMARA GAREDAKIS, and M.G., a minor by and through his guardian ad litem MICHAEL GAREDAKIS, YOLANDA JACKSON, and A.G., a minor by and through her guardian ad litem YOLANDA JACKSON, LAWRENCE GULLO, DANIELLE GULLO, and B.G., a minor by and through his guardian ad litem DANIELLE GULLO, KATHRYN MAGUIRE, and M.R., a minor by and through his guardian ad litem KATHRYN MAGUIRE, VIVIANA ROSE, and B.R., a minor by and through his guardian ad litem VIVIANA ROSE, AHMAD RAZAQI, DANIA RAZAQI and E.R., a minor by and through his guardian ad litem DANIA RAZAQI, a minor by and through his guardian ad litem,<br><br>       Plaintiffs,<br>vs.<br><br>BRENTWOOD UNION SCHOOL DISTRICT,<br>DINA HOLDER, LAURI JAMES, BRIAN JONES, JEAN ANTHONY, MARGO OLSON, MARGARET KRUSE, MERRILL GRANT and DOES 1-30,<br>       Defendants. | **Case No.:   4:14-cv-04799-PJH**<br><br><br><br><br><br>**STIPULATION AND [PROPOSED] ORDER VACATING AND EXTINGUISHING ABSTRACT OF JUDGMENT** |

    Plaintiffs, on the one hand, and Brentwood Union School District hereby stipulate by and through their undersigned counsel of record as follows:

WHEREAS, on July 13, 2017, the United States District Court for Northern District of California issued an order awarding Defendants Brentwood Union School District, Lauri James, Brian Jones, Jean Anthony, Margo Olson, Margaret Kruse, and Merril Grant ("Brentwood defendants") attorney's fees and costs in the amount of in the amount of $578,854.20 in the above-referenced matter.

WHEREAS, on August 25, 2017, the United States District Court for Northern District of California issued an Abstract of Judgment in favor of Defendant and Judgment Creditor Brentwood Union School District for costs in the amount of $578,854.20 in the above-referenced matter. A true and correct copy of which is attached hereto as Exhibit A.

WHEREAS, on August 29, 2017, a certified copy of the Abstract of Judgment was recorded in Contra Costa County, Instrument Number 20170157096. A true and correct copy of which is attached hereto as Exhibit B.

WHEREAS, on December 4, 2018, the United States Court of Appeals for the Ninth Circuit vacated the District Court's July 13, 2017 order awarding attorney's fees and costs to the Brentwood defendants.

Brentwood Union School District and Plaintiffs hereby stipulate and agree that the order that was the basis of the Abstract of Judgment issued by this Court on August 25, 2019 and recorded by Contra Costa County (Instrument Number 20170157096) was vacated; that the Abstract of Judgment should be vacated and extinguished and removed from any and all property; and that the following debtors be fully released from the abstract of judgment.

| | |
|---|---|
| Michael Garedakis | Tamara Garedakis |
| 1383 Bryan Lane | 1383 Bryan Lane |
| Gardnerville, NV 89410 | Gardnerville, NV 89410 |
| | |
| Lawrence Gullo | Viviana Rose |
| 1740 Diamond Springs Court | 2625 Ranchwood Drive |
| Brentwood, CA 94513 | Brentwood, CA 94513 |

Danielle Gullo                          Ahmad Razaqi
1740 Diamond Springs Court              4541 Horseshoe Circle
Brentwood, CA 94513                     Antioch, CA 94531

Yolanda Jackson                         Dania Razaqi
2400 Berkshire Lane                     4541 Horseshoe Circle
Brentwood, CA 94513                     Antioch, CA 94531

  The parties agree that Plaintiffs will record this order vacating the judgment in Contra Costa County.

  IT IS SO STIPULATED.

Dated: September 10, 2019  **LEONE & ALBERTS**

          /s/ *Louis A. Leone*
          LOUIS A. LEONE, ESQ.
          CLAUDIA LEED, ESQ.
          SETH GORDON, ESQ.
          Attorney for Defendants
          BRENTWOOD UNION SCHOOL DISTRICT,
          LAURI JAMES, BRIAN JONES, JEAN ANTHONY,
          MARGO OLSON, MARGARET KRUSE, and
          MERRILL GRANT

Dated: September 10, 2019  **LAW OFFICE OF TODD BOLEY**

          /s/ *Todd Boley*
          TODD BOLEY, ESQ.
          Attorney for Plaintiffs

Dated: September 10, 2019  **LAW OFFICES OF PETER ALFERT**

          /s/ *Peter Alfert*
          PETER ALFERT, ESQ.
          Attorney for Plaintiffs

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered as follows:

1. The order that was the basis of the Abstract of Judgment issued by this Court on August 25, 2019 and recorded by Contra Costa County (Instrument Number 20170157096) was vacated;

2. The Abstract of Judgment issued by this Court on August 25, 2019 and recorded by Contra Costa County (Instrument Number 20170157096) should be vacated and extinguished and removed from any and all property;

3. The following debtors are hereby fully released from the abstract of judgment;

| | |
|---|---|
| Michael Garedakis<br>1383 Bryan Lane<br>Gardnerville, NV 89410 | Tamara Garedakis<br>1383 Bryan Lane<br>Gardnerville, NV 89410 |
| Lawrence Gullo<br>1740 Diamond Springs Court<br>Brentwood, CA 94513 | Viviana Rose<br>2625 Ranchwood Drive<br>Brentwood, CA 94513 |
| Danielle Gullo<br>1740 Diamond Springs Court<br>Brentwood, CA 94513 | Ahmad Razaqi<br>4541 Horseshoe Circle<br>Antioch, CA 94531 |
| Yolanda Jackson<br>2400 Berkshire Lane<br>Brentwood, CA 94513 | Dania Razaqi<br>4541 Horseshoe Circle<br>Antioch, CA 94531 |

//

STIP AND ORDER VACATING/EXTINGUISHING ABSTRACT OF JUDGMENT Case NO. 4:14-cv-04799- PJH
4837-0843-5105 v.1. docx5

//

4. Plaintiffs will cause this order to be filed with the recorder's office and for the abstract of judgment to be removed from all of the above-listed debtors' property.

**IT IS SO ORDERED:**

Dated: __October 3__, 2019

_____
HON. PHYLLIS J. HAMILTON
CHIEF DISTRICT JUDGE

EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | PHONE NUMBER | |
|---|---|---|
| ☒ Recording requested by and return to: Leone & Alberts – Louis Leone 2175 N. California Blvd., Suite 900 Walnut Creek, CA 94596 | (925) 974-8600 | |
| ☒ ATTORNEY FOR ☒ JUDGMENT CREDITOR ☐ ASSIGNEE OF RECORD | | |
| NAME OF COURT: | U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | |
| STREET ADDRESS: | 1301 Clay St # 400S | |
| MAILING ADDRESS: | | |
| CITY, STATE, ZIP: | Oakland, CA 94612 | |
| PHONE NUMBER: | | *FOR RECORDER'S USE ONLY* |

| PLAINTIFF: | Michael Garedakis et al. |
|---|---|
| DEFENDANT: | Brentwood Union School District |

| **ABSTRACT OF JUDGEMENT** ☐ Amended | CASE NUMBER: | 4:14-cv-04799-PJH |
|---|---|---|

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address

   Michael Garedakis
   1383 Bryan Lane
   Gardnerville, NV 89410

   b. Driver's license # and state: ☒ Unknown
   c. Social Security #: REDACTED ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
   e. ☐ Original abstract recorded in this county:
   f. ☒ Information on additional judgment debtors is shown on page two.
      (a) Date:
      (b) Instrument #:

Date: Louis A. Leone
(TYPE OR PRINT NAME)
▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☒ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.

3. Judgment creditor (name and address):
Brentwood Union School District, c/o Leone & Alberts
2175 N. California Blvd, Suite 900 Walnut Creek, CA 94596

4. Judgment debtor (full name as it appears in judgment):

5. a. Judgment entered on (date): July 13, 2017
   b. Renewal entered on (date):

6. Total amount of judgment as entered or last renewed: $578,854.20

7. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
   a. ☐ Amount $:
   b. ☐ In favor of (name and address):

8. A stay of enforcement has:
   a. ☒ not been ordered by the court
   b. ☐ been ordered by the court effective until (date):

9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on (date): AUG 2 5 2017

Clerk, by **CYNTHIA LENAHAN**, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT**
(CIVIL)

Page 1 of 2
Code of Civil Procedure, §§ 488.480
674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: | Michael Garedakis et al. | Case #:4:14-cv-04799-PJH |
|---|---|---|
| DEFENDANT: | Brentwood Union School District | |

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10. Name and last known address**
Tamara Garedakis
1383 Bryan Lane
Gardnerville, NV 89410

Driver's license # and state: ☒ Unknown
Social Security #: REDACTED ☐ Unknown
Summons was personally served at or mailed to (address):

**14. Name and last known address**
Vivana Rose
2625 Ranchwood Dr.
Brentwood, CA 94513

Driver's license # and state: ☒ Unknown
Social Security #: ☒ Unknown
Summons was personally served at or mailed to (address):

**11. Name and last known address**
Lawrence Gullo
1740 Diamond Springs Ct.
Brentwood, CA 94513

Driver's license # and state: ☒ Unknown
Social Security #: ☒ Unknown
Summons was personally served at or mailed to (address):

**15. Name and last known address**
Ahmad Razaqi
4541 Horseshoe Circle
Antioch, CA 94531

Driver's license # and state: REDACTED ☐ Unknown
Social Security #: REDACTED ☐ Unknown
Summons was personally served at or mailed to (address):

**12. Name and last known address**
Danielle Gullo
1740 Diamond Springs Ct.
Brentwood, CA 94513

Driver's license # and state: REDACTED ☐ Unknown
Social Security #: ☒ Unknown
Summons was personally served at or mailed to (address):

**16. Name and last known address**
Dania Razaqi
4541 Horseshoe Circle
Antioch, CA 94531

Driver's license # and state: ☒ Unknown
Social Security #: REDACTED ☐ Unknown
Summons was personally served at or mailed to (address):

**13. Name and last known address**
Yolanda Jackson
2400 Berkshire Ln.
Brentwood, CA 94513

Driver's license # and state: REDACTED ☐ Unknown
Social Security #: ☒ Unknown
Summons was personally served at or mailed to (address):

**17. Name and last known address**

Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

18. ☐ Continued on Attachment 18.

EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | PHONE NUMBER | |
|---|---|---|
| ☒ Recording requested by and return to:<br>Leone & Alberts – Louis Leone<br>2175 N. California Blvd., Suite 900<br>Walnut Creek, CA 94596 | (925) 974-8600 | copy/duplicate has not been compared to original document<br>08/29/2017, 20170157096 |
| ☒ ATTORNEY FOR    ☒ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD | | |
| NAME OF COURT: | U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| STREET ADDRESS: | 1301 Clay St # 400S | |
| MAILING ADDRESS: | | |
| CITY, STATE, ZIP: | Oakland, CA 94612 | FOR RECORDER'S USE ONLY |
| PHONE NUMBER: | | |

| PLAINTIFF: | Michael Garedakis et al. |
|---|---|
| DEFENDANT: | Brentwood Union School District |

| ABSTRACT OF JUDGEMENT    ☐ Amended | CASE NUMBER: | 4:14-cv-04799-PJH |
|---|---|---|

1. The ☒ judgment creditor  ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address

   Michael Garedakis
   1383 Bryan Lane
   Gardnerville, NV 89410

   FOR COURT USE ONLY

   b. Driver's license # and state: ☒ Unknown
   c. Social Security #: REDACTED  ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
   e. ☐ Original abstract recorded in this county:    f. ☒ Information on additional judgment debtors is shown on page two.
      (a) Date:
      (b) Instrument #:

Date:   Louis A. Leone
        (TYPE OR PRINT NAME)                                      ► (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☒ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.

6. Total amount of judgment as entered or last renewed: $578,854.20

7. ☐ An  ☐ execution lien  ☐ attachment lien is endorsed on the judgment as follows:
   a. ☐ Amount $:
   b. ☐ In favor of (name and address):

3. Judgment creditor (name and address):
   Brentwood Union School District, c/o Leone & Alberts
   2175 N. California Blvd, Suite 900 Walnut Creek, CA 94596

4. Judgment debtor (full name as it appears in judgment):

5. a. Judgment entered on (date): July 13, 2017
   b. Renewal entered on (date):

8. A stay of enforcement has:
   a. ☒ not been ordered by the court
   b. ☐ been ordered by the court effective until (date):

9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):

AUG 25 2017

Clerk, by _____ CYNTHIA LENAHAN _____ , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

ABSTRACT OF JUDGMENT
(CIVIL)

Page 1 of 2
Code of Civil Procedure, §§ 488.480
674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: | Michael Garedakis et al. | Case #:4:14-cv-04799-PJH |
|---|---|---|
| DEFENDANT: | Brentwood Union School District | |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. Name and last known address
Tamara Garedakis
1383 Bryan Lane
Gardnerville, NV 89410

Driver's license # and state: ☒ Unknown
Social Security #: REDACTED ☐ Unknown
Summons was personally served at or mailed to (address):

14. Name and last known address
Vivana Rose
2625 Ranchwood Dr.
Brentwood, CA 94513

Driver's license # and state: ☒ Unknown
Social Security #: ☒ Unknown
Summons was personally served at or mailed to (address):

11. Name and last known address
Lawrence Gullo
1740 Diamond Springs Ct.
Brentwood, CA 94513

Driver's license # and state: ☒ Unknown
Social Security #: ☒ Unknown
Summons was personally served at or mailed to (address):

15. Name and last known address
Ahmad Razaqi
4541 Horseshoe Circle
Antioch, CA 94531

Driver's license # and state: REDACTED ☐ Unknown
Social Security #: REDACTED ☐ Unknown
Summons was personally served at or mailed to (address):

12. Name and last known address
Danielle Gullo
1740 Diamond Springs Ct.
Brentwood, CA 94513

Driver's license # and state: REDACTED ☐ Unknown
Social Security #: ☒ Unknown
Summons was personally served at or mailed to (address):

16. Name and last known address
Dania Razaqi
4541 Horseshoe Circle
Antioch, CA 94531

Driver's license # and state: ☒ Unknown
Social Security #: REDACTED ☐ Unknown
Summons was personally served at or mailed to (address):

13. Name and last known address
Yolanda Jackson
2400 Berkshire Ln.
Brentwood, CA 94513

Driver's license # and state: REDACTED ☐ Unknown
Social Security #: ☒ Unknown
Summons was personally served at or mailed to (address):

17. Name and last known address

Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

18. ☐ Continued on Attachment 18.